530 MHP

**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name Daniels Isiah
(Last) (First) (Initial)

Prisoner Number K-37959

Institutional Address 14 V-2L CSP Solanno, P.O. Box 4000
Vacaville, Ca. 95696-4000

FILED
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Isiah Daniels
(Enter the full name of plaintiff in this action.)

vs.

D.K. Sisto (warden)

(Enter the full name of respondent(s) or jailor in this action)

CV 08 3852 MHP

Case No. SC 152249 A
(To be provided by the clerk of court)

**PETITION FOR A WRIT OF HABEAS CORPUS**

E-filing (PR)

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

CV08-3852 MHP

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

(a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

Marin County Superior Court ______ Marin County ______

Court Location

(b) Case number, if known SC152249A

(c) Date and terms of sentence 01/24/97— 6 years /consecutive life term

(d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes X No ____

Where?

Name of Institution: CSP Solano

Address: P.O Box 4000, Vacaville, Ca 95696-4000

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

Kidnap/Robbery PC 209, Assault w/intent PC220

3. Did you have any of the following?

| | | |
|---|---|---|
| Arraignment: | Yes X | No ____ |
| Preliminary Hearing: | Yes X | No ____ |
| Motion to Suppress: | Yes ____ | No X |

4. How did you plead?

Guilty ____ Not Guilty ____ Nolo Contendere ____

Any other plea (specify) Plea Agreement

5. If you went to trial, what kind of trial did you have? N/A

Jury ____ Judge alone____ Judge alone on a transcript ____

6. Did you testify at your trial? N/A Yes ____ No ____

7. Did you have an attorney at the following proceedings:

| | | | |
|---|---|---|---|
| (a) | Arraignment | Yes X | No ____ |
| (b) | Preliminary hearing | Yes X | No ____ |
| (c) | Time of plea | Yes X | No ____ |
| (d) | Trial | Yes N/A | No ____ |
| (e) | Sentencing | Yes X | No ____ |
| (f) | Appeal | Yes N/A | No ____ |
| (g) | Other post-conviction proceeding | Yes N/A | No ____ |

8. Did you appeal your conviction? Yes ____ No X

(a) If you did, to what court(s) did you appeal?

| | | |
|---|---|---|
| Court of Appeal | Yes ____ | No X |
| Year: ____ | Result: N/A | |
| Supreme Court of California | Yes ____ | No ____ |
| Year: ____ | Result: N/A | |
| Any other court | Yes ____ | No ____ |
| Year: ____ | Result: N/A | |

(b) If you appealed, were the grounds the same as those that you are raising in this

petition? N/A Yes _____ No_____

(c) Was there an opinion? N/A Yes _____ No_____

(d) Did you seek permission to file a late appeal under Rule 31(a)? N/A

Yes _____ No x

If you did, give the name of the court and the result:

N/A

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal? Yes X No_____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court: Marin County Superior Court, Marin County

Type of Proceeding: Habeas Petition.

Grounds raised (Be brief but specific):

a. Petitioners received a sentence in a plea agreement that has been ruled unconstitutional by the U.S. Supreme Court

b. Petitioners plea agreement imposes a sentence beyond what is allowed by law, and fails to resolve the reasonable doubt standard.

c. Petitioners due process was violated when the BPTH failed to meet "Some Evidence" standards and denied petitioner his right to Parole.

d. The BPTH denied petitioner of a liberty interest to parole by refusing to adhere to the criteria set forth 3041 (b), 2402 (a) (c)

Result: DENIED Date of Result 08/08/07

II. Name of Court: California Court of Appeals, First Appellate District

Type of Proceeding: Habeas Petition

Grounds raised (Be brief but specific):

a.______________________________

b.______ Same as above ______

c.______________________________

d.______________________________

Result: Denied Date of Result: 11/01/07

III. Name of Court: California Supreme Court

Type of Proceeding: Habeas Petitioner

Grounds raised (Be brief but specific):

a.______________________________

b.______ Same as above ______

c.______________________________

d.______________________________

Result: Denied Date of Result: 06/08

IV. Name of Court: ______________________________

Type of Proceeding: ______________________________

Grounds raised (Be brief but specific):

a.______________________________

b.______________________________

c.______________________________

d.______________________________

Result: ____________________ Date of Result: __________

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes _X_ No_____

Name and location of court: U.S Court of Appeal For the Ninth Circuit
95 7th st. San Francisco Ca. 94103

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

need more space. Answer the same questions for each claim.

[Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: Petitioners sentence has been ruled unconstitutional by the U.S Supreme Court, violating his 6th , 14th amendments of the U.S Constitution.

Supporting Facts: As stated in the Cunningham lineage. The sentencing judge sentencing petitioner to the upper term of the sentencing triad. Denies petitioner due process. Aggravating circumstances must be submitted to a jury to resolve reasonable doubt standard. Otherwise imposing a sentence beyond what is allowed by Law.

Claim Two: Petitioners plea agreement incorporates a sentence that is unauthorized by law creating a liberty interest. Petitioner is being held illegally beyond time restraints.

Supporting Facts: Petitioner has made a favorable plea agreement that has later been ruled unauthorized by law. People V. Baries 209 Cal. App. 3d. 313,319. Petitioner is being held years beyond what is allowed by law. All citizens have due process rights subject to " fairness of Law".

Claim Three: The Board relying soley on the commitment offense fails to meet "Some Evidence" standards, denying petitioner due process and his right to parole.

Supporting Facts: The Boards reliance on factors that cannot change violate a Liberty interest to due process. The Board continues to ignore the requirements of 3041 (b) 2402 (a) (c) the guide line for finding an inmate suitable or unsuitable for parole alongside if the inmate would be a danger to the community. This blatant refusal by the Board violates due process in parole proceedings.

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

N/A

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

Cunningham V. California (2007) 127 S ct. 856, Greenholtz V. Inmates of Nebraska Penal and Penal Complex, 442 U.S 1, 99 S ct. 2100, 60 L.Ed 2d 668 (1979), Superintendent V. Hill, 472 U.S 445, 105 S Ct. 2768,86 L. Ed 2d 356 (1985), Dannenberg, 104 P. 3D at &85, Lee, 143 Cal. App. 4th. at 1408, Cal. Code Reg. Tit. 15 3041 (a),2402 (a) (c) Sass 461 F. 3d 1127-28, Tyler V. Cain (2001) 533 U.S. 656,665.

Do you have an attorney for this petition? Yes____ No x

If you do, give the name and address of your attorney:

N/A

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on 08/12/08

Date

Signature of Petitioner

(Rev. 6/02)

Isiah Daniels K-37959
14-U2L CSP Solano
P.O. Box 4000
Vacaville, Ca 95696-4000

SACRAMENTO CA 957
08 AUG 2008 PM 7 L

USA FIRST-CLASS FOREVER

USA FIRST-CLASS FOREVER

United States District Court
Northern District of California
U.S. Courthouse 450 Golden Gate Ave
San Francisco Ca 94102-3483

94102+3661 C004

CALIFORNIA ST... SOLANO

To [illegible] 8-8-08

CALIFORNIA STATE PRISON-SOLANO