**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name   Daniels           Isiah
         (Last)          (First)         (Initial)

Prisoner Number   K-37959

Institutional Address   14 V-2L  CSP Solanno,  P.O. Box 4000

Vacaville, Ca. 95696-4000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Isiah Daniels
(Enter the full name of plaintiff in this action.)

vs.

D.K. Sisto (warden)

(Enter the full name of respondent(s) or jailor in this action)

Case No. SC 152249 A
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

CV 08 3852 MHP (PR)

E-filing

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1 <u>Who to Name as Respondent</u>

2 You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

    (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

<u>Marin County Superior Court</u>    <u>Marin County</u>

Court    Location

    (b) Case number, if known __SC152249A__

    (c) Date and terms of sentence <u>01/24/97— 6 years /consecutive life term</u>

    (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes _x_ No ___

Where?

Name of Institution: __CSP Solano__

Address: __P.O Box 4000, Vacaville, Ca 95696-4000__

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

Kidnap/Robbery PC 209, Assault w/intent PC220

1  3. Did you have any of the following?

   Arraignment:              Yes _X_   No ____

   Preliminary Hearing:      Yes _X_   No ____

   Motion to Suppress:       Yes ____  No _x_

4. How did you plead?

   Guilty ____   Not Guilty ____   Nolo Contendere ____

   Any other plea (specify) __Plea Agreement_____

5. If you went to trial, what kind of trial did you have?   N/A

   Jury ____   Judge alone ____   Judge alone on a transcript ____

6. Did you testify at your trial?   N/A   Yes ____   No ____

7. Did you have an attorney at the following proceedings:

   (a) Arraignment                        Yes _X_   No ____

   (b) Preliminary hearing                Yes _X_   No ____

   (c) Time of plea                       Yes _X_   No ____

   (d) Trial                              Yes _N/A_ No ____

   (e) Sentencing                         Yes _X_   No ____

   (f) Appeal                             Yes _N/A_ No ____

   (g) Other post-conviction proceeding   Yes _N/A_ No ____

8. Did you appeal your conviction?       Yes ____   No _X_

   (a) If you did, to what court(s) did you appeal?

       Court of Appeal                   Yes ____   No _X_

       Year: _____   Result: __N/A_____

       Supreme Court of California       Yes ____   No ____

       Year: _____   Result: __N/A_____

       Any other court                   Yes ____   No ____

       Year: _____   Result: __N/A_____

   (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS         - 3 -

| | | | | | |
|---|---|---|---|---|---|
| 1 | | | petition? N/A | Yes ____ | No ____ |
| 2 | | (c) | Was there an opinion? N/A | Yes ____ | No ____ |
| 3 | | (d) | Did you seek permission to file a late appeal under Rule 31(a)? N/A | | |
| 4 | | | | Yes ____ | No x ____ |

<pre>
1                       petition?   N/A              Yes ____    No ____
2           (c)   Was there an opinion?  N/A         Yes ____    No ____
3           (d)   Did you seek permission to file a late appeal under Rule 31(a)?  N/A
4                                                    Yes ____    No x ____
5                 If you did, give the name of the court and the result:
6                              N/A
7                 _____
</pre>

8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to
9  this conviction in any court, state or federal?         Yes  X    No ____

10      [Note: If you previously filed a petition for a writ of habeas corpus in federal court that
11  challenged the same conviction you are challenging now and if that petition was denied or dismissed
12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit
13  for an order authorizing the district court to consider this petition. You may not file a second or
14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28
15  U.S.C. §§ 2244(b).]

16      (a)   If you sought relief in any proceeding other than an appeal, answer the following
17            questions for each proceeding. Attach extra paper if you need more space.

18      I.    Name of Court: ___Marin County Superior Court, Marin County___
19            Type of Proceeding: ___Habeas Petition.___
20            Grounds raised (Be brief but specific):
21            a. Petitioners received a sentence in a plea agreement that has been ruled unconstitutional by the U.S. Supreme Court
22            b. Petitioners plea agreement imposes a sentence beyond what is allowed by law, and fails to resolve the reasonable doubt standard.
23            c. Petitioners due process was violated when the BPTH failed to meet "Some Evidence" standards and denied petitioner his right to Parole.
24            d. The BPTH denied petitioner of a liberty interest to parole by refusing to adhere to the criteria set forth 3041 (b), 2402 (a) (c)
25            Result: __DENIED_____ Date of Result  08/08/07
26      II.   Name of Court: ___California Court of Appeals, First Appellate District___
27            Type of Proceeding: ___Habeas Petition___
28            Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

a. _____

Same as above

b. _____

c. _____

d. _____

Result: __Denied__ Date of Result: __11/01/07__

III. Name of Court: __California Supreme Court__

Type of Proceeding: __Habeas Petitioner__

Grounds raised (Be brief but specific):

a. _____

b. _____Same as above_____

c. _____

d. _____

Result: __Denied__ Date of Result: __06/08__

IV. Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result: _____

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes __X__ No \_\_\_\_\_

Name and location of court: __U.S Court of Appeal For the Ninth Circuit__
__95 7th st. San Francisco Ca. 94103__

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

1. need more space. Answer the same questions for each claim.
2. [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3. petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4. 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: Petitioners sentence has been ruled unconstitutional by the U.S Supreme Court, violating his 6th, 14th amendments of the U.S Constitution.

Supporting Facts: As stated in the Cunningham lineage. The sentencing judge sentencing petitioner to the upper term of the sentencing triad. Denies petitioner due process. Aggravating circumstances must be submitted to a jury to resolve reasonable doubt standard. Otherwise imposing a sentence beyond what is allowed by Law.

Claim Two: Petitioners plea agreement incorporates a sentence that is unauthorized by law creating a liberty interest. Petitioner is being held illegally beyond time restraints.

Supporting Facts: Petitioner has made a favorable plea agreement that has later been ruled unauthorized by law. People V. Baries 209 Cal. App. 3d. 313,319. Petitioner is being held years beyond what is allowed by law. All citizens have due process rights subject to "fairness of Law".

Claim Three: The Board relying soley on the commitment offense fails to meet "Some Evidence" standards, denying petitioner due process and his right to parole.

Supporting Facts: The Boards reliance on factors that cannot change violate a Liberty interest to due process. The Board continues to ignore the requirements of 3041 (b) 2402 (a) (c) the guide line for finding an inmate suitable or unsuitable for parole alongside if the inmate would be a danger to the community. This blatant refusal by the Board violates due process in parole proceedings.

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

N/A

PET. FOR WRIT OF HAB. CORPUS         - 6 -

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:

4  Cunningham V. California (2007) 127 S ct. 856, Greenholtz V. Inmates of Nebraska Penal and Penal Complex, 442 U.S 1, 99 S ct. 2100, 60 L.Ed 2d 668 (1979), Superintendent V. Hill, 472
5  U.S 445, 105 S Ct. 2768,86 L. Ed 2d 356 (1985), Dannenberg, 104 P. 3D at &85, Lee, 143 Cal. App. 4th. at 1408, Cal. Code Reg. Tit. 15 3041 (a),2402 (a) (c) Sass 461 F. 3d 1127-28,
6  Tyler V. Cain (2001) 533 U.S. 656,665.

7  Do you have an attorney for this petition?                           Yes____   No  x

8  If you do, give the name and address of your attorney:

9  _____ N/A _____

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12
13  Executed on  08/12/08                           [signature]
14                Date                              Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS           - 7 -

Isaac Daniels K-37959
N4-U2L CSP Solano
P.O. Box 4000
Vacaville, Ca 95696-4000

SACRAMENTO CA 957
08 AUG 2008 PM 7 L

United States District Court
Northern District of California
U.S. Courthouse   450 Golden Gate Ave
San Francisco   Ca   94102-3483

*[Handwritten envelope markings, rotated sideways:]*

c/o Atteuu

CALIFORNIA STATE PRISON-SOLANO

8-8-08

**FILED**
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

✓ Your petition has been filed as civil case number __CV  08  3852  MHP__

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

E-filing (PR)

1. __✓__ you did not file an <u>In Forma Pauperis</u> Application.

2. _____ the <u>In Forma Pauperis</u> Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

   _____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

   _____ You did not sign your <u>In Forma Pauperis</u> Application.

   _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's <u>In Forma Pauperis</u> Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
       Deputy Clerk

rev. 11/07

DANIELS